1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  DOUGLAS BEEVERS, USVI Bar #766
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  ROBERT SCHAEFER

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )  No. 2:12-CR-00053 MCE
                                  )
12               Plaintiff,       )
                                  )  STIPULATION AND ORDER CONTINUING
13      v.                        )  STATUS CONFERENCE
                                  )
14 ROBERT SCHAEFER,               )
                                  )  Date:  August 2, 2012
15               Defendant.       )  Time:  9:00 a.m.
                                  )  Judge: Hon. Morrison C. England
16 _____)

17

18      IT IS HEREBY STIPULATED between the parties, MATTHEW MORRIS,
19 Assistant United States Attorney, counsel for the plaintiff, and DOUGLAS
20 BEEVERS, Assistant Federal Defender, attorney for defendant ROBERT
21 SCHAEFER, that the status conference set for May 17, 2012 be vacated, and
22 the matter be set for status conference on August 2, 2012 at 9:00 a.m.
23 The reason for the continuance is to allow defense counsel time to
24 continue investigating the facts of the case. Specifically, defense
25 counsel needs additional time to review and examine the forensic evidence
26 and to consult with the defendant.
27 ///
28 ///

1  The parties stipulate and agree that the time period between the signing
2  of this order through and including August 2, 2012 should be excluded
3  from the calculation of time under the Speedy Trial Act. The parties
4  stipulate and agree that the ends of justice served by granting this
5  continuance outweigh the best interests of the public and the defendant
6  in a speedy trial pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code
7  T4 based upon continuity of counsel and defense preparation.

8  Dated:  May 15, 2012
                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /s/Douglas Beevers
                                    DOUGLAS BEEVERS
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    ROBERT SCHAEFER


15 Dated:  May 15, 2012             BENJAMIN B. WAGNER
                                    United States Attorney


                                    /s/ Matthew Morris
                                    Matthew Morris
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff

26 ///
27 ///
28 ///

Schaefer Stip/Order                 -2-

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial. Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order. Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the signing of this order through and including August 2, 2012 pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4.

A new status conference date is hereby set for August 2, 2012 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: May 16, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Schaefer Stip/Order                -3-