DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, USVI Bar #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT SCHAEFER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>ROBERT SCHAEFER,<br><br>         Defendant. | No. 2:12-CR-00053 MCE<br><br>**AMENDED** STIPULATION AND CONTINUING STATUS CONFERENCE<br><br>Date:  January 10, 2013<br>Time:  9:00 a.m.<br>Judge: Hon. Morrison C. England |

IT IS HEREBY STIPULATED between the parties, MATTHEW MORRIS, Assistant United States Attorney, counsel for the plaintiff, and DOUGLAS BEEVERS, Assistant Federal Defender, attorney for defendant ROBERT SCHAEFER, that the status conference set for December 6, 2012 be vacated, and the matter be set for status conference on January 10, 2013 at 9:00 a.m. The reason for the continuance is to allow defense counsel time to continue investigating the facts of the case. Specifically, defense counsel needs additional time to review and examine the forensic evidence and to consult with the defendant.

///

///

1  The parties stipulate and agree that the time period between the signing
2  of this order through and including January 10, 2013 should be excluded
3  from the calculation of time under the Speedy Trial Act. The parties
4  stipulate and agree that the ends of justice served by granting this
5  continuance outweigh the best interests of the public and the defendant
6  in a speedy trial pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code
7  T4 based upon continuity of counsel and defense preparation.

8  Dated:   December 10, 2012
                                            Respectfully submitted,

                                            DANIEL J. BRODERICK
10                                          Federal Defender

11                                          */s/Douglas Beevers*
                                            DOUGLAS BEEVERS
12                                          Assistant Federal Defender
                                            Attorney for Defendant
13                                          ROBERT SCHAEFER

15 Dated:   December 10, 2012               BENJAMIN B. WAGNER
                                            United States Attorney

17                                          */s/ Matthew Morris*
                                            Matthew Morris
18                                          Assistant U.S. Attorney
                                            Attorney for Plaintiff

26 ///
27 ///
28 ///

Schaefer Stip/Order                -2-

# O R D E R

**IT IS SO ORDERED.** Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial. Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order. Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the signing of this order through and including January 10, 2013 pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4.

A new status conference date is hereby set for **January 10, 2013 at 9:00 a.m.**

Dated: December 26, 2012

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE