1   JOSEPH SCHLESINGER, Bar #87692
    Acting Federal Defender
2   DOUGLAS BEEVERS, USVI Bar #766
    Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, 3rd Floor
4   Sacramento, California 95814
    Telephone: (916) 498-5700
5
    Attorney for Defendant
6   ROBERT SCHAEFER

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )  No. 2:12-CR-00053 MCE
                                       )
12                    Plaintiff,       )
                                       )  STIPULATION AND ORDER CONTINUING
13        v.                           )  STATUS CONFERENCE
                                       )
14  ROBERT SCHAEFER,                   )
                                       )  Date:  April 11, 2013
15                    Defendant.       )  Time:  9:00 a.m.
                                       )  Judge: Hon. Morrison C. England
16  _____   )

17

18       IT IS HEREBY STIPULATED between the parties, MATTHEW MORRIS,

19  Assistant United States Attorney, counsel for the plaintiff, and DOUGLAS

20  BEEVERS, Assistant Federal Defender, attorney for defendant ROBERT

21  SCHAEFER, that the status conference set for March 7, 2013 be vacated,

22  and the matter be set for status conference on April 11, 2013 at 9:00

23  a.m. The reason for the continuance is to allow defense counsel

24  additional time to review and examine the forensic evidence.

25  Specifically, defense counsel has recently retained a forensic expert and

26  has submitted a proposed protective order to permit the expert's

27  assistance in review of the contraband. The parties stipulate and agree

28  that the time period  between the signing of this order through and

1    including April 11, 2013 should be excluded from the calculation of time

2    under the Speedy Trial Act. The parties stipulate and agree that the ends

3    of justice served by granting this continuance outweigh the best

4    interests of the public and the defendant in a speedy trial pursuant to

5    18 U.S.C. §3161(h)(7)(A)and(B)(iv)and Local Code T4 based upon continuity

6    of counsel and defense preparation.

7    Dated:  March 4, 2013

                                              Respectfully submitted,

8
                                              JOSEPH SCHLESINGER
9                                             Acting Federal Defender

10                                            /s/Douglas Beevers
                                              DOUGLAS BEEVERS
11                                            Assistant Federal Defender
                                              Attorney for Defendant
12                                            ROBERT SCHAEFER

13

14   Dated:  March 4, 2013                    BENJAMIN B. WAGNER
                                              United States Attorney
15

16                                            /s/ Matthew Morris
                                              Matthew Morris
17                                            Assistant U.S. Attorney
                                              Attorney for Plaintiff
18

19

20                                  **O R D E R**

21       **IT IS SO ORDERED.**  Based on the stipulation of the parties and good

22   cause appearing therefrom, the Court hereby finds that the failure to

23   grant a continuance in this case would deny defense counsel reasonable

24   time necessary for effective preparation, taking into account the

25   exercise of due diligence.  The Court specifically finds that the ends of

26   justice served by the granting of such continuance outweigh the interests

27   of the public and the defendant in a speedy trial.  Based on these

28   findings and pursuant to the stipulation of the parties, the Court hereby

1   adopts the stipulation of the parties in its entirety as its order.  Time

2   is excluded from computation of time within which the trial of this

3   matter must be commenced beginning from the signing of this order through

4   and including April 11, 2013 pursuant to 18 U.S.C. §3161(h)(7)(A)

5   and(B)(iv) [reasonable time for defense counsel to prepare] and Local

6   Code T4.

7       A new status conference date is hereby set for April 11, 2013 at

8   9:00 a.m.

9       IT IS SO ORDERED.

10  Dated: March 8, 2013

13  _____

14  MORRISON C. ENGLAND, JR., CHIEF JUDGE
    UNITED STATES DISTRICT JUDGE