1  JOSEPH SCHLESINGER, #87692
   Acting Federal Defender
2  DOUGLAS BEEVERS,#288639
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  ROBERT SCHAEFER

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  No. CR-S-12-00053-MCE
                                     )
12                  Plaintiff,       )
                                     )  STIPULATION AND ORDER TO CONTINUE
13       v.                          )  STATUS CONFERENCE
                                     )
14  ROBERT SCHAEFER,                 )  Date:  June 13, 2013
                                     )  Time:  9:00 a.m.
15                  Defendant.       )  Judge: Hon. Morrison C. England
                                     )
16  _____ )
                                     )
17

18        This case is currently scheduled for a status hearing on April 11,

19  2013  The parties have conferred and agree that additional time is needed

20  for negotiation between the parties with the hope of resolving the case.

21  Specifically, the parties have agreed that a pre-plea presentence report

22  would aid the parties toward resolving the case and respectfully request

23  that  this  Court order the Probation Office to produce a pre-plea

24  presentence report in Mr. Schaefer's case.  In addition, defense counsel

25  desires the pre-plea presentence report to help apprise him of legal

26  and/or factual issues on which he may need to perform additional legal

27  research and factual investigation in order to help prepare defendant's

28  defense.

1        Mr. Schaefer is currently out of custody and is willing to waive

2    time pursuant to the Speedy Trial Act in order for defense counsel to

3    obtain the pre-plead presentence report and pursue negotiations with the

4    government.

5        The parties, through their respective counsel, hereby stipulate and

6    agree that the status conference scheduled in this case for  April 11,

7    2013,  be continued until June 13, 2013.  In addition, the parties

8    stipulate that the time period from the date of this stipulation, April

9    10, 2013, and including, June 13, 2013, be excluded from computation of

10   time within which the trial of this matter must be commenced under the

11   Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code

12   T4, due to the need to provide defense counsel with the reasonable time

13   to prepare Mr. Schaefer's defense.  Specifically,  the parties further

14   agree that a pre-plea presentence investigation report from the probation

15   office will aid  defense counsel in properly  advising Mr. Schaefer of

16   the consequences of a conviction of the charge(s) and possibly help in

17   resolving the case.

18   Dated: April 10, 2013              Respectfully submitted,

19                                      DANIEL BRODERICK
                                        Federal Defender
20
                                        /s/ Doug Beevers
21                                      DOUG BEEVERS
                                        Assistant Federal Defender
22                                      Attorney for Defendant
                                        ROBERT SCHAEFER
23
     Dated: April 10, 2013              BENJAMIN B. WAGNER
24                                      United States Attorney

25                                 By:  /s/ Matthew Morris
                                        MATTHEW MORRIS
26                                      Assistant U.S. Attorney
                                        Attorney for Plaintiff
27

28

                                      -2-

**ORDER**

For the reasons set forth in the stipulation of the parties, filed on April 10, 2013, IT IS HEREBY ORDERED that the status conference currently scheduled for April 11, 2013, shall be continued until June 13, 2013, at 9:00 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' April 10, 2013, stipulation, the time from the date of the parties' stipulation to, and including, June 13, 2013 is excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare defendant's defense taking into account the exercise of due diligence.

In addition, the Court further ORDERS the United States Probation Office to prepare and disclose to the parties a pre-plea presentence investigation report.

**IT IS ORDERED.**

Date:  April 11, 2013

_____

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE

-3-