HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DOUGLAS BEEVERS, Bar #288639
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT SCHAEFER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>ROBERT SCHAEFER,<br><br>             Defendant.<br>_____ | No. 2:12-CR-00053 MCE<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE<br><br>Date:  July 18, 2013<br>Time:  9:00 a.m.<br>Judge: Hon. Morrison C. England |

    IT IS HEREBY STIPULATED between the parties, MATTHEW MORRIS, Assistant United States Attorney, counsel for the plaintiff, and DOUGLAS BEEVERS, Assistant Federal Defender, attorney for defendant ROBERT SCHAEFER, that the status conference set for June 13, 2013 be vacated, and the matter be set for status conference on July 18, 2013 at 9:00 a.m. The reason for the continuance is to allow defense counsel additional time to review and examine the forensic evidence. Specifically, defense counsel has retained a forensic expert and has submitted a proposed protective order to permit the expert's assistance in review of the contraband. The expert has reviewed part of the contraband evidence, but needs t examine additional hard drives to reach a final conclusion. In

1  addition, the parties have requested a pre-plea PSR which has not been
2  completed.  The parties stipulate and agree that the time period between
3  the signing of this order through and including July 18, 2013 should be
4  excluded from the calculation of time under the Speedy Trial Act. The
5  parties stipulate and agree that the ends of justice served by granting
6  this continuance outweigh the best interests of the public and the
7  defendant in a speedy trial pursuant to 18 U.S.C.
8  §3161(h)(7)(A)and(B)(iv)and Local Code T4 based upon continuity of
9  counsel and defense preparation.

10  Dated:   June 14, 2013
                                          Respectfully submitted,

11
                                          HEATHER E. WILLIAMS
12                                        Federal Defender

13                                        */s/Douglas Beevers*
                                          DOUGLAS BEEVERS
14                                        Assistant Federal Defender
                                          Attorney for Defendant
15                                        ROBERT SCHAEFER

16

17  Dated:   June 14, 2013               BENJAMIN B. WAGNER
                                          United States Attorney
18

19                                        */s/ Matthew Morris*
                                          Matthew Morris
20                                        Assistant U.S. Attorney
                                          Attorney for Plaintiff
21

22

23                              **O R D E R**

24     **IT IS SO ORDERED.**  Based on the stipulation of the parties and good
25  cause appearing therefrom, the Court hereby finds that the failure to
26  grant a continuance in this case would deny defense counsel reasonable
27  time necessary for effective preparation, taking into account the
28  exercise of due diligence.  The Court specifically finds that the ends of

1  justice served by the granting of such continuance outweigh the interests
2  of the public and the defendant in a speedy trial.  Based on these
3  findings and pursuant to the stipulation of the parties, the Court hereby
4  adopts the stipulation of the parties in its entirety as its order.  Time
5  is excluded from computation of time within which the trial of this
6  matter must be commenced beginning from the signing of this order through
7  and including July 18, 2013 pursuant to 18 U.S.C. §3161(h)(7)(A)
8  and(B)(iv) [reasonable time for defense counsel to prepare] and Local
9  Code T4.
10      A new status conference date is hereby set for July 18, 2013 at 9:00
11 a.m.
12      IT IS SO ORDERED.
13 Date: June 19, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

Schaefer Stip/Order            -3-