1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  DOUGLAS BEEVERS, #288639
   Assistant Federal Defender
3  Designated Counsel for Service
   801 "I" Street, 3rd Floor
4  Sacramento, CA 95814

5  Attorney for Defendant
   ROBERT SCHAEFER
6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )   NO. 2:12-CR-00053 MCE
                                      )
12              Plaintiff,            )   STIPULATION AND ORDER
                                      )   TO CONTINUE STATUS CONFERENCE
13      v.                            )
                                      )   DATE:       October 24, 2013
14 ROBERT SCHAEFER,                   )   TIME:       9:00am
                                      )   JUDGE:      Hon. Morrison C. England
15              Defendant.            )
                                      )
16 _____)

17      IT IS HEREBY STIPULATED between the parties, MATTHEW MORRIS, Assistant

18 United States Attorney, counsel for the plaintiff, and DOUGLAS BEEVERS, Assistant Federal

19 Defender, attorney for defendant ROBERT SCHAEFER, that the status conference set for

20 September 26, 2013 be vacated, and the matter be set for status conference on October 24, 2013

21 at 9:00 a.m. The reason for the continuance is to allow defense counsel additional time to review

22 the forensic evidence, obtain the medical history of the defendant, and to negotiate a resolution

23 to this matter. Specifically, defense counsel has retained a forensic expert. The expert has

24 reviewed part of the contraband evidence, but needs to examine additional hard drives to reach a

25 final conclusion. The parties stipulate and agree that the time period between the signing of this

26 order through and including October 24, 2013 should be excluded from the calculation of time

27 under the Speedy Trial Act. The parties stipulate and agree that the ends of justice served by

28

                                      -1-

1    granting this continuance outweigh the best interests of the public and the defendant in a speedy

2    trial pursuant to 18 U.S.C. §3161(h)(7)(A)and(B)(iv) [reasonable time to prepare] (Local Code

3    T-4).

4    Dated:  September 24, 2013                    Respectfully submitted,

5                                                 HEATHER E. WILLIAMS
                                                  Federal Defender
6
                                                  /s/Douglas Beevers
7                                                 DOUGLAS BEEVERS
                                                  Assistant Federal Defender
8                                                 Attorney for Defendant
                                                  ROBERT SCHAEFER
9
10   Dated:  September 24, 2013                    BENJAMIN B. WAGNER
                                                  United States Attorney
11
12                                                /s/ Matthew Morris
                                                  Matthew Morris
13                                                Assistant U.S. Attorney
                                                  Attorney for Plaintiff

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28

1

**O R D E R**

2       Based on the stipulation of the parties and good cause appearing therefrom, the Court

3  hereby finds that the failure to grant a continuance in this case would deny defense counsel

4  reasonable time necessary for effective preparation, taking into account the exercise of due

5  diligence.  The Court specifically finds that the ends of justice served by the granting of such

6  continuance outweigh the interests of the public and the defendant in a speedy trial.  Based on

7  these findings and pursuant to the stipulation of the parties, the Court hereby adopts the

8  stipulation of the parties in its entirety as its order.  Time is excluded from computation of time

9  within which the trial of this matter must be commenced beginning from the signing of this order

10  through and including October 24, 2013 pursuant to 18 U.S.C. §3161(h)(7)(A) and(B)(iv)

11  [reasonable time to prepare] (Local Code T4). A new status conference date is hereby set for

12  October 24, 2013 at 9:00 a.m.

13       IT IS SO ORDERED.

14  Dated:  September 24, 2013

15

16                                          _____
                                            MORRISON C. ENGLAND, JR., CHIEF JUDGE
17                                          UNITED STATES DISTRICT COURT

18

19

20

21

22

23

24

25

26

27

28