HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
ROBERT SCHAEFER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:12-CR-00053 MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER |
|  | ) TO CONTINUE STATUS CONFERENCE |
| v. | ) |
|  | ) DATE:       February 27, 2014 |
| ROBERT SCHAEFER | ) TIME:       9:00am |
|  | ) JUDGE:     Hon. Morrison C. England |
| Defendant. | ) |

IT IS HEREBY STIPULATED between the parties, MATTHEW MORRIS, Assistant United States Attorney, counsel for the plaintiff, and DOUGLAS BEEVERS, Assistant Federal Defender, attorney for defendant ROBERT SCHAEFER, that the status conference set for February 6, 2014 be vacated, and the matter be set for status conference on February 27, 2014 at 9:00 a.m. The reason for the continuance is to allow defense counsel additional time to review the forensic evidence, obtain the medical history of the defendant, and to negotiate a resolution to this matter. Specifically, defense counsel has retained a forensic expert. The expert has reviewed part of the contraband evidence, but needs to examine additional hard drives to reach a final conclusion. The parties stipulate and agree that the time period between the signing of this order through and including February 27, 2014 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate and agree that the ends of justice served by

1 | granting this continuance outweigh the best interests of the public and the defendant in a speedy
2 | trial pursuant to 18 U.S.C. §3161(h)(7)(A)and(B)(iv) [reasonable time to prepare] (Local Code
3 | T-4).

4 | Dated: February 4, 2014                          Respectfully submitted,

5 |                                                  HEATHER E. WILLIAMS
  |                                                  Federal Defender

6 |
  |                                                  /s/Douglas Beevers
7 |                                                  DOUGLAS BEEVERS
  |                                                  Assistant Federal Defender
8 |                                                  Attorney for Defendant
  |                                                  ROBERT SCHAEFER
9 |
10| Dated: February 4, 2014                          BENJAMIN B. WAGNER
  |                                                  United States Attorney

11|
  |                                                  /s/ Matthew Morris
12|                                                  Matthew Morris
  |                                                  Assistant U.S. Attorney
13|                                                  Attorney for Plaintiff

14|                                    **ORDER**

15 Based on the stipulation of the parties, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial. Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order. Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the signing of this order through and including February 27, 2014 pursuant to 18 U.S.C. §3161(h)(7)(A) and(B)(iv) [reasonable time to prepare] (Local Code T4). A new status conference date is hereby set for February 27, 2014 at 9:00 a.m.

    IT IS SO ORDERED.

Dated: February 6, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT