BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-0053-MCE |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO VACATE TRIAL DATE AND SET A STATUS CONFERENCE |
| v. | |
| ROBERT M. SCHAEFER, | DATE: August 4, 2014<br>TIME: 9:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |
| Defendant. | |

By previous order, this case is set for trial on August 4, 2014.

In preparing for trial, the government concluded that it needs to request that the Grand Jury consider a superseding indictment to add a charge that was not previously contained in the original indictment. The defense still desires a continuance of the trial to conduct an inquiry into the matters addressed in the Motion to Continue filed on July 11, 2014. C.R. 52.

Accordingly, the parties jointly stipulate and request that the Court vacate the trial date currently set for August 4, 2014, and all deadlines associated with the current trial date. There have been no previous trial dates set in this case.

The parties also request that a Status Conference be calendared by the Court on August 14, 2014 to address scheduling issues.

Time was previously excluded under the Speedy Trial Act through August 4, 2014. The parties stipulate and request that the Court find that the time between August 4, 2014 and August 14, 2014,

1 | inclusive, be excluded from the time under the Speedy Trial Act in which trial must commence, because
2 | it is a delay granted by the Court at the request of the parties for continued preparation.  Specifically: (a)
3 | the defense desires additional time to review the jury venire selection issues raised in its prior motion;
4 | (b) the government has informed the defense of the new charge contemplated in a potential superseding
5 | indictment and the defense will require time to consult about those potential new charges; (c) the
6 | defense is considering whether a previously proposed plea agreement is acceptable to the defendant.
7 | The parties specifically stipulate and request that the Court make a finding that the ends of justice to be
8 | gained by granting this continuance outweigh the best interests of the public and the defendant in a
9 | speedy trial.  18 U.S.C. § 3161(h)(7)(B)(4); Local Code T4.

10 |      SO STIPULATED.

11 | Dated:  July 21, 2014              BENJAMIN B. WAGNER
                                           United States Attorney

13 |                                     By:  /s/ MATTHEW G. MORRIS
                                           MATTHEW G. MORRIS
14 |                                            Assistant United States Attorney

15 | Dated:  July 21, 2014              HEATHER E. WILLIAMS
16 |                                            Federal Defender

18 |                                     By:  /s/ Douglas Beevers (auth by email)
                                           DOUGLAS BEEVERS
                                           Assistant Federal Defender

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>v.<br><br>ROBERT M. SCHAEFER,<br><br>                  Defendant. | CASE NO.  2:12-CR-0053-MCE<br><br>ORDER TO VACATE TRIAL DATE AND SET A STATUS CONFERENCE<br><br>DATE: August 4, 2014<br>TIME: 9:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

     Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.  Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

     Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the signing of this order through and including August 14, 2014 pursuant to 18 U.S.C. §3161(h)(7)(A) and(B)(iv) [reasonable time to prepare] (Local Code T4). A new status conference date is hereby set for August 14, 2014 at 9:00 a.m.

     **IT IS SO ORDERED**.

Dated:  July 23, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT