HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
ROBERT SCHAEFER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 2:12-CR-00053 MCE |
| --- | --- | --- |
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND SET A BRIEFING SCHEDULE |
| v. | ) | |
| ROBERT SCHAEFER | ) | DATE: December 4, 2014 |
| | ) | TIME: 9:00am |
| Defendant. | ) | JUDGE: Hon. Morrison C. England |

   IT IS HEREBY STIPULATED between the parties, MATTHEW MORRIS, Assistant United States Attorney, counsel for the plaintiff, and DOUGLAS BEEVERS, Assistant Federal Defender, attorney for defendant ROBERT SCHAEFER, that the status conference set for October 30, 2014 be vacated, and the matter be set for status conference on December 4, 2014 at 9:00 a.m. The reason for the continuance is due to the unavailability of the defense's forensic computer expert.

//
//
//
//
//

The parties also stipulate to the following briefing schedule:

Motions due:   December 4, 2014

Reply due:     December 18, 2014

Motion hearing, if necessary: January 8, 2015 at 9:00 a.m.

Trial Confirmation Hearing:   March 5, 2015 at 9:00 a.m.

Trial:   April 6, 2015 at 9:00 a.m.

The parties stipulate and agree that the time period between the signing of this order through and including April 6, 2015 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate and agree that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. §3161(h)(7)(A)and(B)(iv) [reasonable time to prepare] (Local Code T-4).

Dated:  October 31, 2014               Respectfully submitted,

                                       HEATHER E. WILLIAMS
                                       Federal Defender

                                       */s/Douglas Beevers*
                                       DOUGLAS BEEVERS
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       ROBERT SCHAEFER

Dated:  October 31, 2014               BENJAMIN B. WAGNER
                                       United States Attorney


                                       */s/ Matthew Morris*
                                       Matthew Morris
                                       Assistant U.S. Attorney
                                       Attorney for Plaintiff

**O R D E R**

IT IS SO ORDERED. Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial. Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order. Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the signing of this order through and including April 6, 2015 pursuant to 18 U.S.C. §3161(h)(7)(A) and(B)(iv) [reasonable time to prepare] (Local Code T4). A new status conference date is hereby set for December 4, 2014 at 9:00 a.m. and the proposed briefing schedule is ordered.

IT IS SO ORDERED.

Dated: November 6, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT