HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
ROBERT SCHAEFER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:12-CR-00053 MCE |
| Plaintiff, | ORDER |
| v. | To Release AO12 Forms |
| ROBERT SCHAEFER, | |
| Defendant. | |

The Defendant, Robert Schaefer, by and through counsel, Douglas Beevers, Assistant Federal Defender, submits the following proposed order to reflect the Court's in-court decision to allow inspection of the most recent AO12 records. The United States, by and through Assistant U.S. Attorney Matthew Morris has no objection to the proposed order.

Dated: February 23, 2015          Respectfully submitted,

                                  HEATHER E. WILLIAMS
                                  Federal Defender

                                  */s/Douglas Beevers*
                                  DOUGLAS BEEVERS
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  ROBERT SCHAEFER

**O R D E R**

IT IS HEREBY ORDERED that the jury commissioner for the District Court for the Eastern District of California release the most recent AO12 forms to the Federal Public Defenders for the Eastern District of California and to the United States Attorneys' Office.

IT IS SO ORDERED.

Dated: March 3, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT