UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT SCHAEFER,<br><br>Defendant. | No. 2:12-cr-00053-MCE<br><br>FINAL PRETRIAL ORDER<br><br>TRIAL DATE: April 6, 2015<br>TIME: 9:00 a.m. |
|---|---|

A Trial Confirmation Hearing was held on March 12, 2015. Matthew Morris and Brian Fogerty appeared as counsel for the United States. Douglas Beevers appeared as counsel for the Defendant. After hearing, the Court makes the following findings and orders:

I.  DATE AND LENGTH OF TRIAL

A trial is scheduled for April 6, 2015. The estimated length of trial is **five (5) days.** The Court will permit each side up to one (1) hour for closing arguments unless otherwise specifically ordered by the Court. The United States of America will be permitted to reserve time for rebuttal purposes but will be required to monitor any time so reserved.

///

///

II. <u>MOTIONS IN LIMINE</u>

Any motions in limine by either party shall be filed by March 16, 2015. Any opposition to those motions in limine shall be filed by March 23, 2015. Any reply shall be filed by March 30, 2015.

III. <u>AGREED STATEMENTS - JOINT STATEMENT OF CASE</u>

It is <u>mandatory</u> the parties file a short, jointly-prepared statement concerning the nature of this case that will be read to the jury at the commencement of trial. The joint statement of the case shall include in plain concise language the claims of the United States of America and claims of other parties, if any, and the corresponding Defendant to the claims. The purpose of the joint statement of the case is to inform the jury at the outset what the case is about. The statement must be filed by March 30, 2015.

IV. <u>WITNESSES</u>

The parties are ordered to file their respective witness lists on March 30, 2015.

Each party may call a witness designated by the other. The parties must expressly reserve the right to call additional witnesses at trial.

V. <u>EXHIBITS - SCHEDULES AND SUMMARIES</u>

The parties are ordered to file their respective exhibit lists on March 30, 2015. The parties must expressly reserve the right to offer additional exhibits at trial.

**The United States of America's exhibits shall be listed numerically. Defendant's exhibits shall be listed alphabetically.** The parties shall use the standard exhibit stickers provided by the Court Clerk's Office: pink for The United States of America and blue for the Defendant. After three letters, note the number of letters in parenthesis (i.e., "AAAA(4)") to reduce confusion during the trial. All multi-page exhibits shall be stapled or otherwise fastened together and each page within the exhibit shall be numbered. **All photographs MUST marked individually**.

///

///

Each party may use an exhibit designated by the other.  In the event that The United States of America and the Defendant offer the same exhibit during trial, that exhibit shall be referred to by the designation the exhibit is <u>first</u> <u>identified</u>.  The Court cautions the parties to pay attention to this detail so that all concerned, including the jury, will not be confused by one exhibit being identified with both a number and a letter.

    A.    <u>Copies of Exhibits</u>

As to each exhibit, each party is ordered to exchange a copy identical to the Court's copy, or other reproduction of the exhibit(s) in a three-ring binder(s) by March 27, 2015.  The attorney or representative for each party is directed to present the original and two (2) copies of the exhibit(s) and exhibit list to the courtroom deputy clerk, Stephanie Deutsch, no later than **3:00 p.m.,** March 30, 2015, or at such earlier time as may be ordered by the Court.

    B.    <u>Binders</u>

**The Court shall be presented with a copy of the exhibit(s) in a 3-ring binder(s) with a side tab identifying each exhibit by number or letter.  Each binder shall be no larger than three inches in width and have an identification label on the front and side panel.**

VI.    <u>PROPOSED JURY INSTRUCTIONS, VOIR DIRE, VERDICT FORM</u>

    A.    <u>Jury Instructions</u>

Counsel shall primarily use the Ninth Circuit Model Jury Instructions and any revisions.  However, instructions or authority may be submitted for the Court for approval.  Attached for counsel's review are the Court's standard opening and closing instructions for your use, taken from the Ninth Circuit's Model Jury Instructions.  If counsel has no objections to the Court's use of these opening and closing instructions, counsel need not submit their own opening and closing instructions.

The instructions must be filed by * and shall be identified as the "Jury Instructions Without Objection."

///

All instructions shall be, to the extent possible, concise, understandable, and free from argument.  See Local Rule 163(c).  Parties shall also note that any modifications of instructions from statutory authority, case law or from any form of pattern instructions must specifically state the modification by underlining additions and bracketing deletions.

B.   Verdict Form

The parties are ordered to file their respective proposed verdict form(s) on March 30, 2015.

C.   Voir Dire

The parties are ordered to file their respective proposed voir dire on March 30, 2015.   The Court reserves the right to conduct all examination of prospective jurors.  Notwithstanding this reservation, the Court will permit each side up to ten (10) minutes to conduct further voir dire, if desired.  The voir dire questions shall be filed with the Court by March 30, 2015.

D.   Submission of Documents to the Court

At the time of filing their respective proposed jury instructions and verdict form(s), counsel shall also electronically mail to the Court, in digital format and compatible with Microsoft Word, the proposed jury instructions and verdict form(s) ONLY.  No other documents should be electronically mailed to the Court.  **These documents MUST be sent to: mceorders@caed.uscourts.gov.**

The parties must also each submit two binders to the Court, each containing the following documents: (1) joint statement of the case; (2) trial brief, if any; (3) proposed voir dire, if any; (4) witness list, if any; (5) exhibit list, if any; (6) proposed jury instructions, if any; and (8) proposed verdict forms, if any.  The parties need only include their own documents; the parties need not include the opposing party's documents.  Each binder shall be no larger than three inches in width and have an identification label on the front and side panel, with a side tab identifying each type of document.  The binders shall be submitted to the Court by March 30, 2015.  The defense trial brief is to be filed not later than April 1, 2015.

VII. <u>CHOICE NOT TO FILE DOCUMENTS</u>

Should either party choose not to file a trial brief, witness list, exhibit list, proposed voir dire, proposed jury instructions, or proposed verdict forms, that party must notify the Court <u>in writing</u> by March 23, 2015, that it will not be filing such documents.

VIII. <u>AUDIO/VISUAL EQUIPMENT</u>

The parties are required to **file electronically** a joint request to the Courtroom Deputy Clerk, Stephanie Deutsch, by March 23, 2015, if they wish to reserve and arrange for orientation with all parties on the court's mobile audio/visual equipment for presentation of evidence.  There will be one date and time for such orientation.

DATE:  March 18, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT