BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-CR-00053-MCE |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| ROBERT M. SCHAEFER, | |
| Defendant. | |

WHEREAS, on April 21, 2015, this Court entered a Preliminary Order of Forfeiture

pursuant to the provisions of 18 U.S.C. § 2253(a), based upon the plea agreement entered

into between plaintiff and defendant Robert M. Schaefer, forfeiting to the United States

the following property:

    a.  Maxtor Hard Drive S/N: V60H51PC;
    b.  Maxtor Hard Drive S/N: V806BLLC;
    c.  Western Digital Hard Drive S/N: WMA8E1428819;
    d.  Western Digital Hard Drive S/N: WMA8E1428369;
    e.  Quantum Hard Drive S/N: 196035031070;
    f.  Seagate Hard Drive S/N 2GEVS8J9;
    g.  Fantom Drives External Drive S/N: SI9249533;
    h.  Compaq Computer Model SR5710F S/N: MXX9120HT9;
    i.  HP Computer S/N: CN884701K1;
    j.  HP Computer S/N: US02609170;
    k.  Compaq Computer Model 5004US S/N: 3D11JCC22ONZ;
    l.  Corel Thumb Drive, 2 GB;
    m.  Seagate Hard Drive S/N: 9QM9D8J2;
    n.  Maxtor Hard Drive S/N: T6HONYPC;
    o.  Dell Desktop computer seized from Robert M. Schaefer; and
    p.  HP Desktop computer seized from Robert M. Schaefer.

1

AND WHEREAS, beginning on April 23, 2015, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.      A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253(a), to be disposed of according to law, including all right, title, and interest of Robert M. Schaefer.

2.      All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3.      The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:  September 10, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

2

Final Order of Forfeiture