# Report and Order Terminating Supervised Release
# Prior to Original Expiration Date - Notice of Death

## UNITED STATES DISTRICT COURT

FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Docket No: 0972 2:12CR00053-001 |
| | ) | |
| **Robert M. Schaefer** | ) | |
| | ) | |

On 8/20/2015, the above-named was sentenced to Supervised Release for a period of life.

On June 1, 2017, this office was notified by letter from the Federal Bureau of Prisons dated May 15, 2017, that Robert M. Schaefer was confirmed dead due to cardiorespiratory arrest on May 13, 2017 (copy of the notification is attached). It is accordingly recommended this case be closed.

Respectfully submitted,

/s/George A. Vidales
**GEORGE A. VIDALES**
**Supervising United States Probation Officer**

Dated: June 6, 2017
Sacramento, California

Re: Robert M Schaefer
Docket No: 0972 2:12CR00053-001
Report and Order Terminating
**Prior To Original Expiration Date - Notice of Death**

## ORDER OF COURT

It appearing that Robert M. Schaefer is deceased, it is hereby ordered the proceedings in this case be terminated and the case closed.

Dated: June 16, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

cc: AUSA - Matthew G. Morris
FLU Unit - United States Attorney's Office
Fiscal Clerk - Clerk's Office